IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-50119-L5-13 |
| | § | |
| SERGIO BUSTAMANTE | § | |
| | § | |
| | § | |
| | § | |
| DEBTOR | § | CHAPTER 13 |

## CHAPTER 13 TRUSTEE'S NOTICE OF ADJUSTMENT TO PLAN PAYMENT

**NOTICE IS HEREBY GIVEN,** that on April 08, 2024, GREGORY FUNDING LLC filed a Notice of Mortgage Payment Change (docket #187). No party in interest filed a timely motion seeking review of the proposed adjustment. Therefore, pursuant to Paragraph 8 of the Chapter 13 plan, Trustee has adjusted the Chapter 13 plan payment as follows:

Effective with the May 05, 2024 payment, the Chapter 13 plan payment is decreased by the sum of $204.01, for a total payment of $1,755.73, and this decrease is effective to all subsequent plan payments, unless otherwise ordered by the Court. Failure of Debtor to comply with this adjustment shall be grounds for dismissal of this case.

RESPECTFULLY SUBMITTED,

/s/ Tiffany D. Castro
Tiffany D. Castro, Trustee
9821 Katy Freeway, Suite 590
Houston, TX  77024
(713) 722-1200 Telephone
(713) 722-1211 Facsimile

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that a true and correct copy of the foregoing was sent to all parties as listed below on May 01, 2024, either electronically or via U.S. First Class Mail.

| United States Trustee | Debtor's Attorney: | Sergio Bustamante |
|---|---|---|
| 515 Rusk Avenue | Meurer, George Russell | 228 Toro Lp |
| Suite 3516 | Kazen Meurer El Al | Laredo, Tx  78045 |
| Houston, TX 77002 | 211 Calle Del Norte Suite 100 | |
| | Laredo, Tx  78041 | |

/s/ Tiffany D. Castro
Tiffany D. Castro, Trustee